UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

_____

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| V. ) | Criminal No. 2:04cr18BrRo-001 |
| ) | |
| **Natasha Lee Hancock** ) | |

_____

## **ORDER**

     On May 30, 2006, this Cause came to be heard on a Petition to revoke the probation of Natasha Lee Hancock. Present in Court was the defendant with her retained counsel, the Honorable Tom Royals, as well as the Honorable Colby Lane, Assistant U.S. Attorney, and U.S. Probation Officer Huey Lang. The Court considered the Petition to revoke and entertained the defendant's request that she be released from custody in order that she may deliver her child outside the confines of prison. In the interest of justice, the Court finds that the defendant's request is meritorious and hereby orders that Natasha Lee Hancock be released effective May 30, 2006, upon the following amended conditions of probation:

1. Natasha Lee Hancock is released into the third-party custody of her brother, Mr. Ronnie White.

2. Due to the fact Natasha Lee Hancock has a prior criminal conviction stemming from her relationship with Charles Garner, to wit: Hancock was convicted of Distributing a Schedule IV Controlled Substance to Garner while Garner was incarcerated, the Court orders Natasha Lee Hancock shall have no further contact during her period of probation with Charles Garner, without written permission from this Court.

3. Based upon her admitted substance abuse problem, Natasha Lee Hancock shall attend Drug Aftercare counseling, at least once per week, unless her physician advises in writing that continued counseling is inadvisable due to her condition.

    4.        Natasha Lee Hancock shall submit to electronic monitoring, at the government's expense, and shall be allowed out of the home only for medical treatment or attendance at Drug Aftercare. Electronic monitoring will continue until Natasha Lee Hancock returns before the Court.

    The Court specifically withholds adjudication upon the issue of whether or not Natasha Lee Hancock violated the terms of probation. Upon 30 days after the delivery of her child, Natasha Lee Hancock shall appear before the Court as directed to answer the allegations that she violated the conditions of her probation.

    SO ORDERED, this the     19 th   day of     June    , 2006.


                                S/ David Bramlette
                                DAVID C. BRAMLETTE
                                SENIOR UNITED STATES DISTRICT JUDGE